**SPECIALTY ENGINEERING COMPANY, Appellant,**

v.

**HERMAN BODY COMPANY.**

No. 15604.

United States Court of Appeals
Eighth Circuit.

April 29, 1957.

Alfred W. Petchaft, St. Louis, Mo., for appellant.

Rey Eilers, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in this Court in favor of either of parties, on stipulation.

**The BLANTON COMPANY, a Corporation, Petitioner,**

v.

**FEDERAL TRADE COMMISSION.**

No. 15741.

United States Court of Appeals
Eighth Circuit.

May 16, 1957.

Norman C. Parker, St. Louis, Mo., for petitioner.

Robert B. Dawkins, Asst. General Counsel, Federal Trade Commission, Washington, D. C., for respondent.

PER CURIAM.

Petition for review of order of Federal Trade Commission dismissed without prejudice, on dismissal filed by petitioner.

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**EASTERN METAL PRODUCTS CORPORATION.**

No. 15783.

United States Court of Appeals
Eighth Circuit.

May 15, 1957.

Stephen Leonard, Associate General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Bethell & Pearce, Ft. Smith, Ark., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.